#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE SOUTHERN DISTRICT OF ALABAMA
#### SOUTHERN DIVISION

| | |
|---|---|
| **DEAN PIGEON,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 1:22-00447-KD-MU |
| | ) |
| **STRAUB BUILDERS, LLC,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

### JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Plaintiffs Dean and Deborah Pigeon ("Plaintiffs") and against Defendants Straub Builders, LLC ("Straub Builders") and Fred Straub ("Mr. Straub") in the amount of **$102,026.68**.[1]

**DONE** this **4th** day of **September 2024**.

                                                      **/s/ Kristi K. DuBose**
                                                      **KRISTI K. DuBOSE**
                                                      **UNITED STATES DISTRICT JUDGE**

---

[1] As explained in the Order entered on this date, Plaintiffs are due prejudgment interest from March 2021 at a rate of 6%. See Ala. Code §§ 8-8-8, 8-8-1. As also detailed in the Order, Straub Builders and Mr. Straub owe **$84,319.57** before prejudgment interest. "[W]hen interest is allowable, it is to be computed on a simple rather than compound basis in the absence of express authorization otherwise." Burlington N. R.R. Co. v. Whitt, 611 So. 2d 219, 224 (Ala. 1992) (citing Stovall v. Ill. Cent. Gulf R.R., 722 F.2d 190, 192 (5th Cir. 1984)). Absent such contrary express authorization, $84,319.57 × .06 × 3.5 = $17,707.11 (amount of prejudgment interest based off the number of years during which it accrued (3 years and 6 months), the Alabama statutory prejudgment interest rate of 6%, and the judgment amount of $84,319.57). $84,319.57 + $17,707.11 = **$102,026.68**.